## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

XB1101009

IN RE:

|   |   |
|---|---|
| ] | Case Number 06-16097 |
| ] | CH 13 |
Velimir Kolar; ] Judge Benjamin A. Goldgar
Kathleen Kolar; ]
] 
]
]
]

## STATEMENT OF MORTGAGE DEFAULT

Now comes Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed Receivables LLC 2005-FR1 Mortgage Pass-Through Certificates, Series 2005-FR1 by and through its attorney Clay Mosberg of the law firm of Freedman, Anselmo, & Lindberg, and files a statement of mortgage default amount.

Account is post petition due for 12/1/2010 in the amount of $1,469.24, due for 1/1/2011 to 3/1/2011 at $1,233.24 each, less a suspense balance of $790.89, less funds tendered in the amount of $887.85, plus attorney fees of $650.00 and costs of $150.00, for a total post petition due amount of $4,290.22.

      Wells Fargo Bank, National Association
      as Trustee for Securitized Asset Backed
      Receivables LLC 2005-FR1 Mortgage
      Pass-Through Certificates, Series
      2005-FR1

      /s/ Clay Mosberg
      One of its Attorneys

FREEDMAN ANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL  60566-7228
630-983-0770    866-402-8661
630-428-4620 (fax)
Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Doug Oliver - 6273607, Barbara Nilsen- 6287524, Clay R. Mosberg- 1972316,
Karl V. Meyer- 6220397, Jonathan Nusgart- 6211908, William B. Kalbac- 6301771

Bryan D. Hughes- 6300070, Sara K. Lash- 6300299, John Gerrity- 6303376
W. Brandon Rogers- 6302871, Jason A. Newman, Of Counsel,- 6275591

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

<u>Certificate of Service:</u>

    I hereby certify that a true and accurate copy of the attached pleading was deposited in the United States mail, first class, postage prepaid, on March 17, 2011 addressing the following:

TO:    Velimir Kolar, 42570 N. Woodbine Avenue, Antioch, IL 60002
        Kathleen Kolar, 42570 N. Woodbine Avenue, Antioch, IL 60002
        Donna Wallace, 19 S Lasalle Street, Suite 1500, Chicago, IL 60603
        Glenn B. Stearns, 4343 Commerce Court, Suite 120, Lisle, IL 60532